IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-1, <br> **Plaintiff,** <br> V. <br><br> JENNIFER MACKAY, ROBB A. MACKAY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, AS NOMINEE FOR FIELDSTONE MORTGAGE COMPANY, <br> **Defendants.** | **Case No:** 1:13-CV-3783 <br><br> **Judge: Gary Feinerman** |

## MOTION FOR ENTRY OF JUDGMENT OF FORELCOSURE

NOW COMES the Plaintiff, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-1, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. Attached please find Plaintiff's Affidavit of Prove-up attached hereto as Exhibit 1.

2. Attached please find Plaintiff's Certificate of Prove-up of Foreclosure Fees and Costs attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that its Motion for Entry of Judgment of Foreclosure be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff, enter an award of $282,462.97 as of September 23, 2013, with interest accruing on the unpaid principal balance at $18.96 per day, plus attorney's fees and foreclosure costs of $1,297.50, incurred by the Plaintiff as a result of the foreclosure, and all other relief just and proper.

Respectfully submitted,

*/s/ Megan Christine Adams*
Megan Christine Adams ARDC#6312221
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
(312)263-0003